[No. 18933-6-I.  Division One.  November 28, 1988.]

KARL RABEL, *Respondent,* v. ALLIED VAN LINES, INC., ET AL, *Appellants.*

TECHNA PRINT, INC., *Respondent,* v. KARL RABEL, *Respondent,* ALLIED VAN LINES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-00534-0, Daniel T. Kershner, J., entered August 1, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 21833-6-I.  Division One.  November 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WESTERON CURRIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04585-2, Liem E. Tuai, J., entered July 8, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21983-9-I.  Division One.  November 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH R. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-05887-7, George T. Mattson, J., entered February 25, 1985. *Dismissed* by unpublished per curiam opinion.